# Third District Court of Appeal

## State of Florida

Opinion filed January 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1029
Lower Tribunal No. 17-16028
_____

**Alejandro Quintas Vazquez,**
Appellant,

vs.

**Ailyn M. Rebaza Smith,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia B. Caballero, Judge.

Alejandro Quintas Vazquez, in proper person.

Ailyn M. Rebaza Smith, in proper person.

Before EMAS, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d

1150 (Fla. 1979).